# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 23, 2021

**REQUEST GRANTED.**
The Status Conference previously set for June 25, 2021 is RESCHEDULED to August 3, 2021 at 12:00PM. The Court, with consent of all parties, excludes time from June 24, 2021 until August 3, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and August 3 will allow the Government to produce additional discovery, defense counsel and defendant to assess and review the additional discovery, Government to continue to review defense's mitigation submission, and parties to continue to discuss a potential pretrial disposition.

6/24/2021   SO ORDERED.

/s/ LEWIS J. LIMAN
United States District Judge

**BY ECF**
Honorable Lewis J. Lima
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jesus Alberto Brito Maldonado**
       **21 CR. 167 (LJL)**

Dear Judge Liman,

With the consent of the Government, I respectfully write to request an adjournment of approximately 30 days of the June 25 status conference. The Government is reviewing a mitigation submission submitted by the defense and the parties are engaged in negotiation towards a pretrial resolution of this matter. Additonally, the Government intends to produce additional discovery to the defense this week.

An adjournment would allow the parties to continue pretrial negotiations and would give the defense an opportunity to assess and review the additional anticipated discovery with Mr. Brito. As noted above, the Government consents to this adjournment. The defense is available the week of July 25 (*except* July 29 at 11:00 a.m. and July 30) and the week of August 2.

Mr. Brito consents to the exclusion of time until the next status conference.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:   Jonathan Bodansky (ECF).