

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 2, 2021

> REQUEST GRANTED.
> The Status Conference previously set for August 3, 2021 is RESCHEDULED to September 3, 2021 at 11:00AM. The Court, with consent of all parties, excludes time from August 3, 2021 until September 3, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and September 3 will allow the parties to continue to discuss the possibility of a pretrial resolution of this case.
> 8/3/2021    SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**By ECF**

The Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Jesus Alberto Brito Maldonado*, 21 Cr. 167 (LJL)

Dear Judge Liman:

The parties write to request a 30-day adjournment of the status conference scheduled for August 3, 2021, in the above-referenced matter. The parties are engaged in negotiations regarding a potential pretrial resolution, but those negotiations are ongoing, and we do not anticipate a resolution before tomorrow's conference.

With the consent of the defendant, the Government also respectfully requests that the time between today and the adjourned status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue to discuss the possibility of pretrial resolution of this case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:  _____
Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

Cc:    Zawadi Baharanyi, Esq. (via ECF)