

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 20, 2021

<div style="color:blue">
REQUEST GRANTED.
The Status Conference previously set for September 3, 2021 is RESCHEDULED to September 17, 2021 at 12:00PM. The Court, with consent of all parties, excludes time from August 20, 2021 until September 17, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and September 17 will allow the parties to continue to discuss the possibility of a pretrial resolution of this case.
</div>

8/20/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**By ECF**

The Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jesus Alberto Brito Maldonado*, 21 Cr. 167 (LJL)

Dear Judge Liman:

The Government writes, with the consent of the defendant and as discussed with Chambers, to request a brief adjournment of the status conference currently scheduled for September 3, 2021, in the above-referenced matter, due the undersigned's unavailability on that date. I have conferred with defense counsel, and the parties are available September 10, 13, 14, or 17, if any of those dates are convenient for the Court.

The Government also respectfully requests, with the consent of the defendant, that the time between today and the adjourned status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue to discuss the possibility of pretrial resolution of this case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

Cc:   Zawadi Baharanyi, Esq. (via ECF)