# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

_David E. Patton_
Executive Director
_and Attorney-in-Chief_

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 16, 2021

**BY ECF**
Honorable Lewis J. Lima
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Status Conference previously set for September 17, 2021 is RESCHEDULED to October 29, 2021 at 2:00pm. The Court, with consent of all parties, excludes time from September 16, 2021 until October 29, 2021 under the Speedy Trial Act, 18 USC 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and October 29 will allow the Government to produce additional discovery, defense counsel and defendant to review discovery, and parties to continue to negotiate a pretrial resolution of this case.

9/16/2021    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:     **United States v. Jesus Alberto Brito Maldonado**
        **21 CR. 167 (LJL)**

Dear Judge Liman,

        With the consent of the Government, I respectfully write to request an adjournment of approximately 45 days of the September 17 status conference. The Government is in the process of preparing a plea agreement that can potentially resolve this matter. An adjournment would allow the parties to continue pretrial negotiations. Moreover, the Government anticipates disclosing additional elecotrnic discovery in this matter. An adjournment would provide an opportunity for me to review this discovery with Mr. Brito.

        As noted above, the Government consents to this adjournment. Additionally, Mr. Brito consents to the exclusion of time until the next status conference.

                                        Respectfully submitted,
                                        /s/_____
                                        Zawadi Baharanyi
                                        Assistant Federal Defender
                                        917-612-2753

cc:     Jonathan Bodansky (ECF).