# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 27, 2021

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> REQUEST DENIED.
> The parties have not been before the Court since March 18, 2021. Therefore, the Status Conference will proceed on October 29, 2021 at 2:00PM, at which time the Court intends to set a motion schedule. The Status Conference will be held remotely by zoom video conference and parties will be provided instructions on how to access the hearing.
>
> 10/28/2021   SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

Re:   **United States v. Jesus Alberto Brito Maldonado**
      **21 CR. 167 (LJL)**

Dear Judge Liman,

   With the consent of the Government, I respectfully write to request an adjournment of the October 29 status conference. The Government provided the defense with a plea agreement today along with additional electronic discovery containing the contents of multiple cellphones. An adjournment would provide time to review this additional discovery and would give Mr. Brito an opportunity to review and consider the proposed plea offer. The defense is available for a status conference on this matter December 6, 7 (except 10:30 a.m.), 8, 9, 22, 23, and 24.

   The Government requests exclusion of time until the next status conference. The defense consents.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:   Jonathan Bodansky (ECF).