**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 10, 2021

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
500 Pearl St.
New York, NY 10007

> Without objection from the Government, bail modified to remove the condition of curfew with electronic monitoring and replace it with strict supervision by pretrial services to include at a minimum telephonic or in-person reporting (at the discretion of pretrial services) at least three times a week.
> 12/16/2021
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re:   **United States v. Jesus Alberto Brito Maldonado**
      **21 Cr. 167 (LJL)**

Dear Judge Liman:

I write with the consent of Pretrial Services and with no objection from the Government to respectfully request that the Court modify Mr. Brito's pretrial release conditions to remove the condition of curfew with electronic monitoring in order to allow Mr. Brito to continue his current work as a technician and spend time with his infant daughter.

On February 12, 2017, Magistrate Judge Gabriel W. Gorenstein imposed the following bail conditions: a $50,000 personal recognizance bond cosigned by three financially responsible people; travel limited to SDNY/EDNY; surrender travel documents and no new applications; strict pretrial supervision; drug testing/treatment; home incarceration and electronic monitoring. Mr. Brito was released on February 16, 2021 and has been fully compliant with his bail conditions.

In his current job as a technician, Mr. Brito's ankle monitor has come up as a concern in terms of impact on his interactions with his clients. Additionally, as we approach the holidays, removing curfew would allow Mr. Brito more time and flexibility with his family and baby daughter.

Thank you for your attention to this matter.

Respectfully submitted,
/s/ Zawadi Baharanyi
Zawadi Baharanyi, Esq.
Assistant Federal Defender
(212) 417-8735

cc:   AUSA Jonathan Bodansky (by ECF)
      US PTSO John Moscato (by email)