# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

January 11, 2022

**MEMO ENDORSEMENT.**
**The application to accept the guilty plea remotely will be granted upon submission of a letter showing or agreeing that the plea cannot be further delayed to permit an appearance in person without serious harm to the interests of justice.**

1/12/2022    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**
Honorable Lewis J. Lima
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    **United States v. Jesus Alberto Brito Maldonado**
      **21 CR. 167 (LJL)**

Dear Judge Liman,

    I write to request that the January 21 motions hearing and status conference be converted to a change of plea proceeding as the parties have reached a resolution in this matter. I further request that the change of plea proceeding be conducted remotely by videoconference given the ongoing COVID-19 pandemic. A remote proceeding would minimize the risks to the parties given the steep rise of COVID-19 cases in New York City. Mr. Brito is not detained and would consent to proceeding by video.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:    Jonathan Bodansky (ECF).