UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
    -v-                                       :       21-CR-167 (LJL)
:
JESUS ALBERTO BRITO MALDONADO,                                    :       RESCHEDULING
:             ORDER
                Defendant.                          :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Change of Plea hearing previously set for January 21, 2022 is rescheduled to January 28, 2022 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time from January 20, 2022 until January 28, 2022 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial.

      SO ORDERED.

Dated: January 20, 2022
       New York, New York
                                                    LEWIS J. LIMAN
                                          United States District Judge