UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JESUS ALBERTO BRITO MALDONADO,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

21 Cr. 167 (LJL)

WHEREAS, on January 28, 2022, the Defendant pleaded guilty to Count One of Superseding Information S1 21 Cr. 167 (LJL);

WHEREAS the Court finds, pursuant to 18 U.S.C. § 3145(c), that exceptional reasons exist to allow the Defendant to remain out of custody pending sentencing, which is scheduled for May 11, 2022;

THE COURT HEREBY FINDS that the Defendant's conditions of release pending sentencing are modified to include the following additional condition: The Defendant is ordered to home detention with location monitoring. The Defendant is permitted to self-install the location monitoring equipment. The specific location monitoring technology used will be at the direction of Pretrial Services.

    SO ORDERED.

Dated: New York, New York
       January 31, 2022

                                              HONORABLE LEWIS J. LIMAN
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK