# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 27, 2022

**BY EMAIL**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The deadline for the defense's sentencing submission is extended to April 29, 2022 and the deadline for the Government's sentencing submission is extended to May 6, 2022.
>
> 4/27/2022   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re:    **United States v. Jesus Alberto Brito Maldonado**
       **21 CR. 167 (LJL)**

Dear Judge Liman,

With the consent of the Government, I respectfully write to request a brief extension of the deadline for the defense's sentencing submission from April 27 to April 29, 2022. The defense requests this extension to finish preparing and gathering records for Mr. Brito's sentencing submission. As noted above, the Government consents to this request.

If the deadline is extended to April 29 for the defense, I ask that the Government's deadline also be extended from May 4 to May 6.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:    AUSA Jonathan Bodansky.